UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | 1:19-cr-00171-LEW-10 |
| ) | |
| BRIAN SAUNDERS, ) | |
| ) | |
| Defendant ) | |

**ORDER ON DEFENDANT'S REQUEST FOR RELEASE**

On May 4, 2020, the Court granted Defendant's motion to reopen the detention hearing. (Order, ECF No. 345.) On May 11, 2020, the Court conducted a hearing on the issue of release or detention. Defendant asks the Court to release him to reside at Fresh Start Sober Living in Bangor, Maine.

After consideration of the evidence presented at the hearing and the factors set forth in 18 U.S.C. § 3142(g), for the reasons stated on the record, which reasons include Defendant's criminal history, including a history of violations of bail, Defendant's alleged attempt to avoid law enforcement in October 2019, and Defendant's involvement in drug activity, the Court finds there are no conditions that would reasonably assure Defendant's appearance as required or provide for the safety of the community.

The Court, therefore, denies Defendant's request for release.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 11th day of May, 2020.